JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00868 CW |
|     Plaintiff, ) | |
| ) | ORDER TO EXCLUDE TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT FROM APRIL |
| ) | 14, 2010 TO JUNE 16, 2010 |
| AGUSTIN ORDAZ, ) | |
|     a/k/a "Augustin Ordaz-Villagomez," ) | Date:    June 16, 2010 |
| ) | Time:    10:00 a.m. |
|     Defendant. ) | Court:   Hon. Donna M. Ryu |
| ) | |

     The defendant, Agustin Ordaz, represented by Steven Teich appearing for Nicholas Reyes, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on April 14, 2010 for arraignment in the above-entitled matter.  Counsel for the defendant represented that he was in trial for the next 30 days and  required additional time to review previously produced discovery. On that basis, counsel for defendant requested that the matter be continued to June 16, 2010 before United States Magistrate Judge Donna M. Ryu.  The parties jointly requested that time be excluded under the Speedy Trial Act between April 14, 2010 and June 16, 2010.

ORDER
No. CR 09-00868 CW

1    Based upon the representation of counsel and for good cause shown, the Court finds that
2 failing to exclude the time between April 14, 2010 and June 16, 2010 would unreasonably deny
3 the defendant continuity of counsel and would deny counsel the reasonable time necessary for
4 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6 between April 14, 2010 and June 16, 2010 from computation under the Speedy Trial Act
7 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
8 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between April 14, 2010 and
9 June 16, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
10 3161(h)(7)(A) and (B)(iv).

12 DATED:   4/16/2010

_____
HON. DONNA M. RYU
United States Magistrate Judge

[STAMP: GRANTED / Judge Donna M. Ryu]
[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

ORDER
No. CR 09-00868 CW                       -2-