UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00868 CW |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| AGUSTIN ORDAZ, | ) | |
| a/k/a "Augustin Ordaz-Villagomez," | ) | Date: June 16, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: Hon. Donna M. Ryu |

The defendant, Agustin Ordaz, represented by Nicholas Reyes, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on June 16, 2010 for a status conference in the above-entitled matter. Counsel for the defendant confirmed that he was continuing to investigate an alleged prior narcotics felony of the defendant and that he needed additional time to do so. The parties also represented that they were optimistic the case would resolve in a negotiated disposition.

On that basis, the parties requested that the matter be continued to July 14, 2010 before United States Magistrate Judge Donna M. Ryu for status or change of plea. The parties jointly

[PROPOSED] ORDER RE: TIME EXCLUSION
No. CR 09-00868 CW                              1

1  requested that time be excluded under the Speedy Trial Act between June 16, 2010 and July 14,
2  2010.
3       Based upon the representation of counsel and for good cause shown, the Court finds that
4  failing to exclude the time between June 16, 2010 and July 14, 2010 would unreasonably deny
5  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
6  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
7  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
8  between June 16, 2010 and July 14, 2010 from computation under the Speedy Trial Act outweigh
9  the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
10  Therefore, IT IS HEREBY ORDERED that the time between June 16, 2010 and July 14, 2010
11  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
12  (B)(iv).

14  DATED: June 18, 2010                              _____
                                                     HON. DONNA M. RYU
15                                                   United States Magistrate Judge

28  [PROPOSED] ORDER RE: TIME EXCLUSION
    No. CR 09-00868 CW                              2