1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4   WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

5

6   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680

7   Fax: (510) 637-3724
E-Mail: wade.rhyne@usdoj.gov

8

9   Attorneys for the United States of America

10   UNITED STATES DISTRICT COURT

11   NORTHERN DISTRICT OF CALIFORNIA

12   OAKLAND DIVISION

13   UNITED STATES OF AMERICA,            )   No. CR 09-00868 CW
                                         )
14           Plaintiff,                  )
                                         )
15           v.                          )   STIPULATED REQUEST TO CONTINUE
                                         )   HEARING AND TO EXCLUDE TIME
                                         )   UNDER THE SPEEDY TRIAL ACT
16   AGUSTIN ORDAZ,                      )
         a/k/a "Augustin Ordaz-Villagomez,"   )
17                                       )   Date:        July 14, 2010
             Defendant.                  )   Time:        10:00 a.m.
18                                       )   Court:       Hon. Laurel Beeler
     _____)

19

20           The above-captioned matter is set on July 14, 2010 before this Court for status or change

21   of plea.  The parties jointly request that this Court vacate that date and continue the matter for

22   status or change of plea on August 11, 2010 at 10:00 a.m., and that the Court exclude time under

23   the Speedy Trial Act between July 14, 2010 and August 11, 2010.

24           Counsel for Defendant Agustin Ordaz has asked for additional time to review discovery

25   and to investigate a prior methamphetamine related conviction sustained by the Defendant.

26   These issues are central to the parties' anticipated pre-trial resolution of the matter.

27   Additionally, counsel for Defendant is commuting from Fresno to meet with Defendant to

28

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW

discuss these issues. Accordingly, counsel for Defendant requires additional time to review discovery, to investigate, and to prepare the case for further disposition.

For those reasons, the parties jointly request that the Court continue the matter and exclude time between July 14, 2010 and August 11, 2010 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that failing to exclude the time between July 14, 2010 and August 11, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).


DATED: July 8, 2010


_____/s/_____                      _____/s/_____
WADE M. RHYNE                                  NICHOLAS REYES
Assistant United States Attorney               Counsel for Defendant

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )    No. CR 09-00868 CW
                                       )
12          Plaintiff,                 )
                                       )    [PROPOSED] ORDER GRANTING
13          v.                         )    STIPULATED REQUEST TO CONTINUE
                                       )    HEARING AND TO EXCLUDE TIME
14  AGUSTIN ORDAZ,                     )    UNDER THE SPEEDY TRIAL ACT
        a/k/a "Augustin Ordaz-Villagomez,"  )
15                                     )
            Defendant.                 )    Date:      August 11, 2010
16                                     )    Time:      10:00 a.m.
                                       )    Court:     Hon. Donna M. Ryu
17  _____)

18          The parties jointly requested that the Court vacate the July 14, 2010 status hearing in this

19  matter and continue the matter for status on August 11, 2010 at 10:00 a.m.  The parties further

20  requested that time be excluded under the Speedy Trial Act between July 14, 2010 and August

21  11, 2010 to allow counsel additional time to review discovery and investigate the case.

22          For good cause shown, the Court finds that failing to exclude the time between July 14,

23  2010 and August 11, 2010 would unreasonably deny the defendant continuity of counsel and

24  would deny counsel the reasonable time necessary for effective preparation, taking into account

25  the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the

26  ends of justice served by excluding the time between July 14, 2010 and August 11, 2010 from

27  computation under the Speedy Trial Act outweigh the best interests of the public and the

28  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW

1   that the matter be continued to August 11, 2010 for status and that time between July 14 2010

2   and August 11, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

3   § 3161(h)(7)(A) and (B)(iv).

4

5

6   DATED: July 12, 2010                          _____

7                                                 LAUREL BEELER
                                                  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW