1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3693
7      Facsimile:   (510) 637-3724
       E-Mail: wade.rhyne@usdoj.gov
8

9  Attorneys for the United States of America

10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15

| UNITED STATES OF AMERICA, | ) | No. CR 09-00868 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME PURSUANT |
| v. | ) | TO THE SPEEDY TRIAL ACT |
| | ) | |
| AGUSTIN ORDAZ, | ) | Date:  August 11, 2010 |
| a/k/a "Augustin Ordaz-Villagomez," | ) | Time:  10:00 a.m. |
| | ) | Court: Hon. Donna M. Ryu |
| Defendant. | ) | |
| | ) | |

The defendant, Agustin Ordaz, represented by Nicholas Reyes, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on August 11, 2010 for a status conference in the above-entitled matter.  Counsel for the defendant confirmed that he was continuing to investigate the case and needed more time to research the immigration consequences of the proposed pre-trial

ORDER EXCLUDING TIME
No. CR 09-00868 CW                    1

1  resolution of the matter.  The parties again represented that they were optimistic the case would
2  resolve in a negotiated disposition.
3       On that basis, the parties requested that the matter be continued to September 22, 2010
4  before United States Magistrate Judge Laurel Beeler for status or change of plea.  The parties
5  jointly requested that time be excluded under the Speedy Trial Act between August 11, 2010 and
6  September 22, 2010.
7       Based upon the representation of counsel and for good cause shown, the Court finds that
8  failing to exclude the time between August 11, 2010 and September 22, 2010 would
9  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
10 time necessary for effective preparation, taking into account the exercise of due diligence.  18
11 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
12 the time between August 11, 2010 and September 22, 2010 from computation under the Speedy
13 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
14 § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between August 11, 2010
15 and September 22, 2010 shall be excluded from computation under the Speedy Trial Act.  18
16 U.S.C. § 3161(h)(7)(A) and (B)(iv).

18 DATED:  8/12/2010                                 _____
                                                     HON. DONNA M. RYU
19                                                   United States Magistrate Judge

28 ORDER EXCLUDING TIME
   No. CR 09-00868 CW                    2