MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00868 CW |
| Plaintiff, | AMENDED STIPULATED REQUEST TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| AGUSTIN ORDAZ, a/k/a "Augustin Ordaz-Villagomez," | |
| Defendant. | Date:   September 22, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Laurel Beeler |

The above-captioned matter is set on September 22, 2010 before this Court for status or change of plea. The parties jointly request that this Court vacate that date and continue the matter for status or change of plea on October 7, 2010 at ~~10:00~~ 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between September 22, 2010 and October 7, 2010.

Counsel for Defendant Agustin Ordaz has asked for additional time to review discovery, to investigate a prior methamphetamine related conviction sustained by the Defendant, and to research potential immigration consequences of a guilty plea. These issues are central to the parties' anticipated pre-trial resolution of the matter. Additionally, counsel for Defendant is commuting from Fresno to meet with Defendant to discuss these issues. Accordingly, counsel

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW

for Defendant requires additional time to review discovery, to investigate, and to prepare the case for further disposition.

For those reasons, the parties jointly request that the Court continue the matter and exclude time between September 22, 2010 and October 7, 2010 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree that failing to exclude the time between September 22, 2010 and October 7, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

DATED: September 20, 2010


    /s/                                                 /s/
WADE M. RHYNE                         NICHOLAS REYES
Assistant United States Attorney        Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AGUSTIN ORDAZ,<br>  a/k/a "Augustin Ordaz-Villagomez,"<br><br>    Defendant. | No. CR 09-00868 CW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   September 22, 2010<br>Time:  10:00 a.m.<br>Court:  Hon. Laurel Beeler |

The parties jointly requested that the Court vacate the September 22, 2010 status hearing in this matter and continue the matter for status on October 7, 2010 at ~~10:00~~ 9:30 a.m. The parties further requested that time be excluded under the Speedy Trial Act between September 22, 2010 and October 7, 2010 to allow counsel additional time to review discovery, to investigate the case, and to conduct additional legal research.

For good cause shown, the Court finds that failing to exclude the time between September 22, 2010 and October 7, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 22, 2010 and October 7, 2010 from computation under the Speedy Trial Act outweigh the best interests of the

STIP. REQ. AND [~~PROPOSED~~] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW

1  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS
2  HEREBY ORDERED that the matter be continued to October 7, 2010 for status and that time
3  between September 22, 2010 and October 7, 2010 shall be excluded from computation under the
4  Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

7  DATED: September 22, 2010    _____
                                LAUREL BEELER
8                               United States Magistrate Judge

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-09-00868 CW