MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> AGUSTIN ORDAZ, ) <br>   a/k/a "Augustin Ordaz-Villagomez," ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No. CR 09-00868 CW <br><br> ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:    October 7, 2010 <br> Time:    10:00 a.m. <br> Court:   Hon. Donna M. Ryu |

     The defendant, Agustin Ordaz, represented by Nicholas Reyes, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on October 7, 2010 for a trial setting in the above-entitled matter. Counsel for the defendant confirmed that he was continuing to investigate the case and needed more time to do so. Both parties agreed that they would need additional time to prepare the case for trial but that they would be ready for trial on January 7, 2011.

ORDER
No. CR-09-00868-CW                         1

1    On that basis, the parties requested that the matter be set for trial on January 7, 2011 and
2 that time be excluded under the Speedy Trial Act between October 7, 2010 and January 7, 2011.
3    Based upon the representation of counsel and for good cause shown, the Court finds that
4 failing to exclude the time between October 7, 2010 and January 7, 2011 would unreasonably
5 deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
6 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
7 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
8 between October 7, 2010 and January 7, 2011 from computation under the Speedy Trial Act
9 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
10 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between October 7, 2010
11 and January 7, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
12 § 3161(h)(7)(A) and (B)(iv).

14 DATED:  10/12/2010                    _____
                                         HON. DONNA M. RYU
15                                       United States Magistrate Judge

28 ORDER
No. CR-09-00868-CW                2