```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,              No. CR 09-00868 CW

           Plaintiff,                  PRETRIAL ORDER

      v.

AGUSTIN ORDAZ,

           Defendant.
                                     /
```